UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| TENYIKA SAMS et al., ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | Case No. CV415-282 |
| ) | |
| GA WEST GATE, LLC et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

The Court having reviewed and considered the petition of Christopher Brancart of the law firm of Brancart & Brancart, 8205 Pescadero Road, Loma Mar, California 94021, for permission to appear pro hac vice on behalf of plaintiffs Tenyika Sams et al., in the above-captioned case,

Said request is hereby GRANTED and the Clerk is DIRECTED to enter Christopher Brancart as counsel of record for plaintiffs Tenyika Sams et al., in this case.

**SO ORDERED** this __5th__ day of November, 2015.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA