UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| TENYIKA SAMS et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. CV415-282 |
| ) | |
| GA WEST GATE LLC et al., ) | |
| ) | |
| Defendants. ) | |

## O R D E R

The Court having reviewed and considered the petition of Thomas Kayes of the law firm of Brancart & Brancart, 77 West Washington Street, Suite 1313, Chicago, Illinois 60602, for permission to appear pro hac vice on behalf of plaintiffs Tenyika Sams et al., in the above-captioned case,

Said request is hereby GRANTED and the Clerk is DIRECTED to enter Thomas Kayes as counsel of record for plaintiffs Tenyika Sams et al., in this case.

**SO ORDERED** this __19th__ day of February, 2016.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA