UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| TENYIKA SAMS et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. CV415-282 |
| | ) | |
| GA WEST GATE LLC et al., | ) | |
| | ) | |
| Defendants. | ) | |

## O R D E R

The Court having reviewed and considered the petition of Martin B. Heller of the law firm of Martin B. Heller, 100 Galleria Parkway, Suite 1600, Atlanta, Georgia 30339, for permission to appear pro hac vice on behalf of defendant American Apartment Management Company, Inc., in the above-captioned case,

Said request is hereby GRANTED and the Clerk is DIRECTED to enter Martin B. Heller as counsel of record for defendant American Apartment Management Company, Inc., in this case.

**SO ORDERED** this __10th__ day of March, 2016.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA