UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

TENYIKA SAMS, et al., ) Case No. 4:15-cv-00282
)
Plaintiffs, )
)
vs. )
)
GA WEST GATE, LLC, et al., )
)
Defendants. )
)

## ORDER SUBSTITUTING JEANIE BELALCAZAR FOR PLAINTIFF CARMEN RIVERS

Based on plaintiffs' motion for substitution of party following death of plaintiff Carmen Rivers (ECF 57), and good cause appearing therefore, IT IS HEREBY ORDERED that Jeanine Belalcazar in her capacity as administrator of the estate of Carmen Rivers is substituted in this action for plaintiff Carmen Rivers.

Dated: May 9, 2016.

United States Magistrate Judge
Southern District of Georgia