# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

| | |
|---|---|
| TENYIKA SAMS *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. CV415-282 |
| | ) |
| GA WEST GATE, LLC *et al.*, | ) |
| | ) |
| Defendant. | ) |

# ORDER

In this Fair Housing Act (FHA) case, plaintiffs move to add Clyde Jerron Campbell as a plaintiff in his capacity as administrator of the estate of former-plaintiff Debra Truell.[1] Doc. 91. Defendants oppose, but recognize that the Court already approved the addition of administrators for two plaintiffs who predeceased the Complaint's filing. Doc. 92 (citing doc. 77). For the reasons given in that prior Order (doc. 77), plaintiffs' substitution motion (doc. 91) is **GRANTED**.

---

[1] Truell died before the Complaint's filing. Hence, she never qualified as a proper plaintiff. The parties have extensively litigated whether plaintiffs could substitute for her, with plaintiffs' position prevailing (for the most part). *See* doc. 77 at 3-8.

**SO ORDERED**, this  29th   day of August, 2016.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

2