IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

TENYIKA SAMS; BRIGITTE BROWN; )
MARIE DAVIS; TOMEKA DUDLEY; )
SHANEQUITA FRAZIER; ADRIAN )
KENNEDY; LESLIE MITCHELL; )
LORETTA MOBLEY; SHANA ROUSE; )
NATALIE WALLACE; LATOYA )
WHITE; JNAI WHITEHEAD; )
ROSHAUN WILLIAMS; SAVANNAH- )
CHATHAM COUNTY FAIR HOUSING )
COUNCIL, INC.; JEANIE )
BELALCAZAR, Administration of )
the Estate of Carmen Rivers; )
and CLYDE JERRON CAMPBELL, )
Administrator of Estate of )
Debra Truell; )
)
    Plaintiffs, )
)
v. ) CASE NO. CV415-282
)
AMERICAN APARTMENT MANAGEMENT )
COMPANY, INC.; CHG WEST GATE, )
LLC; and CITY OF GARDEN CITY; )
)
    Defendants. )
)



## O R D E R

Before the Court is the parties' Joint Motion RE Dismissal of Plaintiff Marie Davis. (Doc. 110.) The parties request this dismissal because Plaintiff Davis has failed to provide discovery responses to Defendant City of Garden City. (Id.) Plaintiff Davis' counsel has consented to the dismissal. (Id.) Pursuant to Federal Rule of Civil Procedure 21, "the court may at any time, on just terms, add or drop a party." After due consideration and as

requested by the parties, Plaintiff Marie Davis is **DISMISSED**.

SO ORDERED this 20th day of June 2017.

/s/ William T. Moore, Jr.
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA