IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| TENYIKA SAMS; BRIGITTE BROWN; TOMEKA DUDLEY; SHANEQUITA FRAZIER; ADRIAN KENNEDY; LESLIE MITCHELL; LORETTA MOBLEY; SHANA ROUSE; NATALIE WALLACE; LATOYA WHITE; JNAI WHITEHEAD; ROSHAUN WILLIAMS; SAVANNAH-CHATHAM COUNTY FAIR HOUSING COUNCIL, INC.; JEANIE BELALCAZAR, Administrator of the Estate of Carmen Rivers; and CLYDE JERRON CAMPBELL, Administrator of the Estate of Debra Truell;<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN APARTMENT MANAGEMENT COMPANY, INC.; CHG WEST GATE, LLC; and CITY OF GARDEN CITY;<br><br>Defendants. | CASE NO. CV415-282 |

## O R D E R

On October 20, 2017, Defendants served Plaintiffs with an Offer of Judgment pursuant to Federal Rule of Civil Procedure 68(a). (Doc. 128.) On November 2, 2017, Plaintiffs accepted the Offer of Judgment. (Id.) In compliance with Rule 68(a), Plaintiffs have now filed a Notice of Acceptance of Offer of Judgment, requesting that the Clerk of Court enter judgment pursuant to the accepted terms. (Id.)

Federal Rule of Civil Procedure 68(a) allows "a party defending against a claim [to] serve on an opposing party an offer to allow judgment on specified terms." If the opposing party accepts the offer of judgment, then "either party may then file the offer and notice of acceptance, plus proof of service." Fed. R. Civ. Pro. 68(a). Once filed, the Clerk of Court must then enter the judgment as agreed upon by the parties. (Id.) In this case, Plaintiffs have all agreed to Defendants' offer of judgment and a notice has been properly filed with the Court. Accordingly, the Clerk is **DIRECTED** to **ENTER** judgment according to the terms agreed upon by the parties.[1]

SO ORDERED this 20th day of November 2017.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] Although the parties have agreed to an entry of judgment that Plaintiffs are entitled to costs and reasonable attorney's fees as determined by this Court, there is no record before the Court documenting the costs and attorney's fees owed. Therefore, Plaintiffs are instructed to file a separate motion for costs and attorney's fees that includes documentation supporting the requested costs and attorney's fees.