# United States District Court
## *Southern District of Georgia*

Tenyika Sams, Brigitte Brown, Tomeka Dudley, Shanequita Frazier, Adrian Kennedy, Leslie Mitchell, Loretta Mobley, Shana Rouse, Natalie Wallace, Latoya White, Jnai Whitehead, Roshaun Williams, Savannah-Chatham County Fair Housing Council, Inc., Jeanie Belalcazar, Clyde Jerron Campbell

**JUDGMENT IN A CIVIL CASE**

v.

CASE NUMBER: CV415-282

American Apartment Management Company, Inc., CHG West Gate, LLC, City of Garden City

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with this Court's Order dated November 20, 2017, Judgment is entered in favor of Plaintiffs in the amount of $112,500.00 allocated as either (1) $7,500.00 per Plaintiff, or (2) in the amounts to each Plaintiff to be determined by Plaintiffs, in satisfaction of all Plaintiffs' claims asserted in the Third Amended Complaint against Defendants in the above-referenced matter. This action stands closed.

November 20, 2017
Date

Scott L. Poff
Clerk

(By) Deputy Clerk