# United States District Court
## Southern District of Georgia

Tenyika Sams, Briggitte Brown, Tomeka Dudley, Shanequita
Frazier, Adrian Kennedy, Leslie Mitchell, Loretta Mobley,
Shana Rouse, Natalie Wallace, Latoya White, Jnai
Whitehead, Roshaun Williams, Savannah-Chatham County
Fair Housing Council, Inc., Jeanie Belalcazar, Clyde Jerron
Campbell

**v.**

American Apartment Management Company, Inc., CHG
West Gate, LLC, and City of Garden City

Amended

## JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV415-282

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

I. Judgment in favor of Plaintiffs Tenyika Sams; Brigitte Brown; Tomeka Dudley; Shanequita Frazier; Adrian Kennedy; Leslie Mitchell; Loretta Mobley; Shana Rouse ; Natalie Wallace; Latoya White; Jnai Whitehead; Roshaun Williams; Jeannine Belalcazar , Administrator of Estate of Carmen Rivers; Clyde Jerron Campbell, Administrator of Estate of Debra Truell; and Savannah-Chatham County Fair Housing Council, Inc., and against Defendants American Apartment Management Company, Inc., CHG-Westgate, LLC, and City of Garden City, Georgia, in the amount of one hundred twelve thousand and five hundred dollars and zero cents ($112,500.00) in satisfaction of all of Plaintiffs' claims asserted in the Third Amended Complaint against Defendants American Apartment Management Company, Inc., CHG-Westgate, LLC , and City of Garden City, Georgia [ECF 101- 1], except for Plaintiffs' claims for attorney's fees and costs.

continued on next page



| 11/22/17 | Scott L. Poff |
|---|---|
| Date | Clerk |
| | (By) Deputy Clerk |

## United States District Court

## Southern District of Georgia

II. Defendants American Apartment Management Company, Inc ., CHG-Westgate, LLC, and City of Garden City, Georgia, shall comply with the Fair Housing Act by not engaging in unlawful discrimination in the rental of housing based on race , color, religion, sex, national origin, disability, or familial status.

III. Plaintiffs are awarded their costs and reasonable attorneys' fees accrued through October 20, 2017, the amount to be to be determined by the Court as per 42 U.S.C. § 3613 as if Plaintiffs are the prevailing party.