IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| TENYIKA SAMS; BRIGITTE BROWN; TOMEKA DUDLEY; SHANEQUITA FRAZIER; ADRIAN KENNEDY; LESLIE MITCHELL; LORETTA MOBLEY; SHANA ROUSE; NATALIE WALLACE; LATOYA WHITE; JNAI WHITEHEAD; ROSHAUN WILLIAMS; SAVANNAH-CHATHAM COUNTY FAIR HOUSING COUNCIL, INC.; JEANIE BELALCAZAR, Administrator of the Estate of Carmen Rivers; and CLYDE JERRON CAMPBELL, Administrator of the Estate of Debra Truell;<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN APARTMENT MANAGEMENT COMPANY, INC.; CHG WEST GATE, LLC; and CITY OF GARDEN CITY;<br><br>Defendants. | CASE NO. CV415-282 |

## O R D E R

Before the Court is the parties' Joint Motion Setting Briefing Schedule. (Doc. 136.) On November 22, 2017, judgment was entered in this case providing that Plaintiffs were entitled to attorney's fees to be later determined by this Court. (Doc. 135.) Now, the parties have filed a motion with suggested deadlines by which each party may brief this Court as to the attorney's fees and costs owed. After careful consideration, the parties' motion is **GRANTED**. Plaintiffs are instructed to file

their motion for attorney's fees and costs by December 22, 2017. Defendants are then instructed to respond by January 12, 2018. Any reply brief shall be filed according to Local Rule 7.6.

SO ORDERED this 4th day of December 2017.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA