IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

TENYIKA SAMS; BRIGITTE BROWN; )
TOMEKA DUDLEY; SHANEQUITA )
FRAZIER; ADRIAN KENNEDY; LESLIE )
MITCHELL; LORETTA MOBLEY; SHANA )
ROUSE; NATALIE WALLACE; LATOYA )
WHITE; JNAI WHITEHEAD; ROSHAUN )
WILLIAMS; SAVANNAH-CHATHAM )
COUNTY FAIR HOUSING COUNCIL, )
INC.; JEANIE BELALCAZAR, )
Administrator of the Estate of )
Carmen Rivers; and CLYDE JERRON )
CAMPBELL, Administrator of the )
Estate of Debra Truell; )
)
    Plaintiffs, )
)
v. )    CASE NO. CV415-282
)
AMERICAN APARTMENT MANAGEMENT )
COMPANY, INC.; CHG WEST GATE, )
LLC; and CITY OF GARDEN CITY; )
)
    Defendants. )
)

## O R D E R

Before the Court is the Plaintiffs' Motion to Withdraw Plaintiffs' Motion for Attorneys' Fees and Costs. (Doc. 142.) On December 22, 2018, Plaintiffs filed a Motion for Attorney's Fees and Costs to be considered by this Court. (Doc. 138.) Now, Plaintiffs are seeking to withdraw that motion because the parties have resolved the amount of attorneys' fees and costs to be paid. After careful consideration, Plaintiffs' motion (Doc.

142) is **GRANTED**. As a result, Plaintiffs' Motion for Attorneys' Fees and Costs (Doc. 138) is **DISMISSED AS MOOT**.

SO ORDERED this 22nd day of January 2018.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA